UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

ROSE & KEN, INC., a
Florida corporation,

      Plaintiff,

v.                                      CASE NO. 3:06-cv-869-J-20HTS

RICHARD QUINTANA, A.C.
TANNER, BEAL BANK,
In Personam, and the
M/V "C Word I", In Rem,

      Defendants.
_____

**O R D E R**

This cause is before the Court on the *Amended* Motion for Entry of Default (Doc. #23; Motion), which renders **MOOT** the Motion for Entry of Default (Doc. #22).

The Motion was "amended to request the entry of default by the Court, not the Clerk, pursuant to Rule 55(b)(2), Fed.R.Civ.P." Motion at 1 n.1.  However, the rule under which counsel is traveling relates not to entry of default, but to default judgment. Further, despite initially alluding to the entry of default, Plaintiff ultimately declares "the Court may enter a default judgment" and requests that such be done. *Id.* at 2.

"Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)."  10A Charles Alan Wright, et al., Federal Practice and Procedure § 2682 (3d ed. 1998).  Here, as the prerequisite default entry has not been made, the Motion (Doc. #23) is **STRICKEN** without prejudice to such a motion being brought at the appropriate time.

    **DONE AND ORDERED** at Jacksonville, Florida this 16th day of January, 2007.

    /s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any